THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ATLANTIC MUTUAL INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted, and questions certified. Stay of proceedings granted pending appeal. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ. Settle order on notice before Mr. Justice Manning.

DOMINICK RIVARA, Respondent, Appellant, v. JAMES STEWART & COMPANY and Another, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THOMAS F. ROCHFORD and EMMA L. BUSH, Appellants, v. JOSEPH FRIED and Others, Respondents, Impleaded with JAMES N. CATLOW and Others, Defendants. — Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

NATHAN SCHWARTZSTEIN and AUGUSTA SCHWARTZSTEIN, Appellants, v. B. B. BATHING PARK, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

HARRY SILVERSTONE and SAMUEL THOMAS, Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion for stay granted on condition that appellant perfect the appeal for the February term (for which term this case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent, v. THORKEL OLSEN, Appellant. CAROLINE OLSEN CARBERRY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

GIOACCHINO STABILI, Respondent, v. JOSEPH P. DAY, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

TOWN OF GREENBURGH, etc., Respondent, v. JOHN H. COYNE, Individually and as Sole Surviving Executor, etc., and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ. Settle order on notice.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent.— Motion to consolidate appeals granted upon condition that defendant shall pay any additional expense caused by his appeal, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

SOPHIE WEBER, Appellant, v. JOHN KOHOUT, Respondent.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.